IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EDUARDO GRIFFITH, | § | |
| | § | |
| Defendant Below, | § | No. 551, 2018 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID Nos. 1502007630, |
| | § | 1602003151 & 1602004593 (K) |
| Plaintiff Below, | § | |
| Appellee. | § | |
| | § | |

Submitted: January 29, 2019
Decided: February 21, 2019

## <u>ORDER</u>

On January 10, 2019, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to file the opening brief. The appellant received the notice to show cause by January 16, 2019 but did not respond to it, and has not filed the opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice